# Exhibit 4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **X CORP.**, <br><br>                    Plaintiff, <br><br>         **v.** <br><br> **ROBERT A. BONTA, ATTORNEY GENERAL OF CALIFORNIA, IN HIS OFFICIAL CAPACITY,** <br><br>                    Defendant. | 2:23-CV-01939-WBS-AC <br><br> **ORDER AND FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The Court having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction and finding good cause,

**IT IS HEREBY ORDERED** as follows:

## I. DEFINITIONS

For purposes of this Order, the following definitions apply:

1. "Assembly Bill 587" means California Assembly Bill No. 587, passed by the California Legislature on August 30, 2022, during the 2021-2022 legislative session, and signed by the Governor of California on September 13, 2022. Assembly Bill 587's provisions are codified in sections 22675 through 22681 of the California Business and Professions Code.

2. "Section 22677" refers to California Business and Professions Code section 22677.

3. "Section 22678" refers to California Business and Professions Code section 22678.

1

1    4.   "Plaintiff" refers to Plaintiff X Corp., its
2 successors, and assigns.
3    5.   "Defendant" refers to Defendant Rob Bonta, in his
4 official capacity as Attorney General of the State of California,
5 his successors in office, and their agents acting within the
6 scope of their official duties.
7    6.   "Complaint" refers to the Complaint for Declaratory and
8 Injunctive Relief filed in this action on September 8, 2023, ECF
9 No. 1.

## II. JUDGMENT

Judgment is hereby entered in favor of Plaintiff and against Defendant on the First Cause of Action in the Complaint as to subdivisions (a)(3), (a)(4)(A), and (a)(5) of Section 22677.  The Court dismisses the First Cause of Action in the Complaint, as to all remaining provisions of Assembly Bill 587, including all remaining provisions of Section 22677, with prejudice.  The Court also dismisses the Second and Third Causes of Action in the Complaint with prejudice.

## III. JUDICIAL DECLARATION

**IT IS HEREBY DECLARED** that subdivisions (a)(3), (a)(4)(A), and (a)(5) of California Business and Professions Code section 22677 violate the First Amendment of the United States Constitution facially and as applied to Plaintiff.

## IV. PERMANENT INJUNCTION

**IT IS HEREBY ORDERED** that Defendant, as defined, is hereby permanently enjoined from enforcing the following provisions of the California Business and Professions Code against Plaintiff, as defined: (1) subdivisions (a)(3), (a)(4)(A), and (a)(5) of

section 22677; and (2) section 22678 insofar as that section applies to violations of subdivisions (a)(3), (a)(4)(A), and (a)(5) of section 22677.

## V. OTHER ORDERS

**It is ORDERED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing this Final Judgment and Permanent Injunction.

**It is ORDERED** that Plaintiff shall recover from Defendant the amount of $345,576 in full compensation for the attorneys' fees and costs incurred by Plaintiff in connection with this action and the related preliminary injunction appeal.

**It is ORDERED** that all other relief sought in Complaint is denied.

**FINAL JUDGMENT IS ENTERED** pursuant to the terms of this Order.

**IT IS SO ORDERED.**

Dated: March 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE