

**Office of the New York State Attorney General**

**Letitia James Attorney General**

July 3, 2025

**By ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *X Corp. v. James*, No. 25-cv-5068 (JPC)

Dear Judge Cronan:

    This office represents defendant Letitia James in her official capacity as the New York State Attorney General in the above-referenced action. This action concerns a facial and as-applied First Amendment challenge brought by plaintiff X Corp. to provisions of Article 42 of New York's General Business Law (Ch. 640, Laws of 2024).

    I am writing to request a forty-five (45) day extension of defendant's time to respond to the complaint from July 9, 2025 through August 25, 2025. This extension is sought to afford defendant with time to investigate the allegations in the complaint and to prepare an appropriate response. This is the first such request and the requested extension does not affect any other deadlines in the case. Counsel for plaintiff has consented to the requested extension.

    Thank you for your time and consideration.

Respectfully submitted,

/s/ Linda Fang
LINDA FANG
Special Litigation Counsel
212-416-8580
Linda.Fang@ag.ny.gov

The instant request is granted. Defendant's deadline to respond to the Complaint is extended to August 25, 2025. The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.
Date: July 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge