UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| X CORP., | ) Case No.: 1:25-cv-05068 |
| | ) |
| Plaintiff, | ) |
| -against- | ) INTERVENOR'S RESPONSE AND |
| | ) OBJECTION TO DOC. NO. 14 |
| LETITIA JAMES, *In Her Official Capacity as Attorney General of New York*, | ) |
| Defendant. | ) |
| | ) |
| EMANUEL MCCRAY, *Also Known As "TrumpGenius"*, | ) |
| [Proposed] Plaintiff-Intervenor. | ) |

"In the fields of observation chance favors only the prepared mind."[1]

Proposed Intervenor respectfully urges the Court to reject, as absurd, Plaintiff's two very strong Arguments that on the one hand, Intervenor lacks

---

[1] R. M. Pearce. *Chance and the Prepared Mind*, quoting L. Pasteur Lecture at the University of Lille on December 7, 1854. Science, Jun. 21, 1912, New Series, Vol. 35, No. 912 (Jun. 21, 1912), pp. 941-956. Published by: American Association for the Advancement of Science. Available from https://www.jstor.org/stable/pdf/1638153.pdf.

1

standing, while on the other hand, Plaintiff, nonetheless, adequately represents Intervenor whom Plaintiff claims has zero standing.

Mr. Justice Alito, for a unanimous Court in *Town of Chester, NY v. Laroe Estates, Inc.,* 137 S. Ct. 1645, 1651 (2017), citing, *DaimlerChrysler Corp. v. Cuno,* 547 U.S. 332, 341, 126 S.Ct. 1854, 164 L.Ed.2d 589 (2006), stated with clarity and certainty: "If a dispute is not a proper case or controversy, the courts have no business deciding it, or expounding the law in the course of doing so…. That principle dictates the disposition of [the] case."

The Motion to Intervene, ECF 13 at 16-25 ¶¶ 49-81, adequately pleads "standing." "Liberality" in this District allows for intervention under *Davis v. Smith,* 431 F. Supp. 1206, 1209 (S.D.N.Y. 1977).

The Court therefore should allow Proposed Intervenor to intervene to protect his interests related to Plaintiff's complaint and the New York law at issue in this litigation.

Respectfully submitted this 26th day of July 2025.

*/s/ Emanuel McCray*
Emanuel McCray