UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| X CORP.,<br><br>       Plaintiff,<br>  v.<br><br>LETITIA JAMES, in her official capacity,<br>as Attorney General of New York,<br><br>       Defendant. | No. 1:25-cv-05068-JPC<br><br>**STIPULATION AND ORDER CONCERNING STAY OF ENFORCEMENT OF S895B** |

  **WHEREAS**, on June 17, 2025, Plaintiff X Corp. filed a Complaint seeking, *inter alia*, preliminary and permanent injunctive relief enjoining Defendant the New York State Attorney General's enforcement of certain provisions within New York Senate Bill S895B[1]—specifically, N.Y. Gen. Bus. Law §§ 1102(1)(c), 1102(1)(d)(i), 1102(1)(e), and 1103 (only insofar as it applies to the prior three provisions) (collectively, the "Challenged Reporting Provisions")—which compel Plaintiff to make certain disclosures to Defendant;

  **WHEREAS**, under S895B, by January 1, 2026, Plaintiff must make certain disclosures to Defendant, including information required by the Challenged Reporting Provisions (*see* N.Y. Gen. Bus. Law § 1102(2)(b));

  **WHEREAS**, on October 9, 2025, the Court entered a briefing schedule for Defendant's Fed. R. Civ. P. 12(b) motion to dismiss, under which Defendant's opening brief is due on November 3, 2025, Plaintiff's opposition is due on December 18, 2025, and Defendant's reply is due on January 23, 2026;

---

[1] S895B is codified at Article 42 (Sections 1100–1104) of the New York General Business Law.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, and subject to Court approval, as follows:

1. Defendant will not enforce the Challenged Reporting Provisions against Plaintiff through 30 days following the Court's resolution of Defendant's Fed. R. Civ. P. 12(b) motion to dismiss.

Dated: October 13, 2025

**CAHILL GORDON & REINDEL LLP**
Counsel for Plaintiff X Corp.

**LETITIA JAMES**
New York State Attorney General

By: /s/ Joel Kurtzberg
    Joel Kurtzberg
    Floyd Abrams
    Jason Rozbruch
    32 Old Slip
    New York, New York 10005
    Telephone: (212) 701-3120
    Facsimile: (212) 269-5420
    jkurtzberg@cahill.com

By: /s/ Linda Fang
    Linda Fang
    Special Litigation Counsel
    Telephone: (212) 416-8580
    Linda.Fang@ag.ny.gov

Dated: October 14, 2025

**SO ORDERED:**

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE