

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 26, 2026

**By ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *X Corp. v. James*, No. 25-cv-5068 (JPC)

Dear Judge Cronan:

  This office represents defendant Letitia James, who is sued in her official capacity as the New York State Attorney General in the above-referenced action. This action concerns a facial and as-applied First Amendment challenge brought by plaintiff X Corp. to provisions of Article 42 of New York's General Business Law (Ch. 640, Laws of 2024).

  I am writing to notify the Court that the New York Court of Appeals recently issued its decision in response to the state-law questions certified by the Second Circuit in *Volokh v. James*, 148 F.4th 71, 99-100 (2d Cir. 2025). *See Volokh v. James*, No. 58, 2026 WL 1790976, 2026 N.Y. Slip Op. 03913 (June 23, 2026). *Volokh* was cited to and discussed by the parties in their respective briefs filed in connection with defendant's motion to dismiss the complaint in this action, which is pending before the Court. A copy of the *Volokh* decision is annexed here for the Court's reference.

        Respectfully submitted,

        /s/ Linda Fang
        LINDA FANG
        Special Litigation Counsel
        212-416-8580
        Linda.Fang@ag.ny.gov