**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

X CORP,

Plaintiff,

-against-

LETITIA JAMES, in her official capacity as Attorney General of New York,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 5068 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 26, 2026, the Attorney General's motion to dismiss is GRANTED and the Complaint is DISMISSED without leave to amend. Accordingly, judgment is hereby entered in favor of Defendant and this case is closed.

**Dated:** New York, New York

August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**