**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| X CORP.,<br><br>Plaintiff,<br>v.<br><br>LETITIA JAMES, in her official capacity, as Attorney General of New York,<br><br>Defendant. | No. 1:25-cv-05068-JPC<br><br>**STIPULATION AND [PROPOSED ORDER] CONCERNING FURTHER STAY OF ENFORCEMENT OF S895B** |

**WHEREAS**, on June 17, 2025, Plaintiff X Corp. filed a Complaint (Dkt. No. 1) seeking, *inter alia*, preliminary and permanent injunctive relief enjoining Defendant the New York State Attorney General's enforcement of certain provisions within New York Senate Bill S895B[1]—specifically, N.Y. Gen. Bus. Law §§ 1102(1)(c), 1102(1)(d)(i), 1102(1)(e), and 1103 (only insofar as it applies to the prior three provisions) (collectively, the "Challenged Reporting Provisions")—which compel Plaintiff to make certain disclosures to Defendant;

**WHEREAS**, on October 9, 2025, the Court entered a briefing schedule for Defendant's Fed. R. Civ. P. 12(b) motion to dismiss, under which Defendant's opening brief was due on November 3, 2025, Plaintiff's opposition was due on December 18, 2025, and Defendant's reply was due on January 23, 2026;

**WHEREAS**, on October 14, 2025, the Court entered a Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27), under which Defendant agreed not to enforce the Challenged Reporting Provisions against Plaintiff through 30 days following the Court's resolution of Defendant's Fed. R. Civ. P. 12(b) motion to dismiss;

[1] S895B is codified at Article 42 (Sections 1100–1104) of the New York General Business Law.

**WHEREAS**, on November 3, 2025, Defendant filed a Fed. R. Civ. P. 12(b) motion to dismiss (Dkt. No. 28), on December 18, 2025, Plaintiff filed its opposition (Dkt. No. 30), and on January 23, 2026, Defendant filed a reply (Dkt. No. 31);

**WHEREAS**, on August 26, 2026, the Court entered an Opinion and Order granting Defendant's Fed. R. Civ. P. 12(b) motion to dismiss in its entirety and dismissing Plaintiff's Complaint with prejudice (Dkt. No. 37);

**WHEREAS**, on August 28, 2026, the Court entered a Judgment in accordance with its August 26, 2026, Opinion and Order granting Defendant's motion to dismiss and dismissing Plaintiff's Complaint with prejudice (Dkt. No. 38);

**WHEREAS**, in light of the Court's Opinion and Order and Judgment resolving Defendant's motion to dismiss (Dkt. Nos. 37–38), the Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27) will expire on September 25, 2026;

**WHEREAS**, upon the expiration of the Stipulation and Order Concerning Stay of Enforcement of S895B (Dkt. No. 27) on September 25, 2026, Plaintiff must comply with the Challenged Reporting Provisions, including by submitting Terms of Service Reports with information responsive to the Challenged Reporting Provisions on October 1, 2026, and April 1, 2027 (*see* N.Y. Gen. Bus. Law § 1102(2)(b));

**WHEREAS**, Plaintiff intends to appeal the Court's Opinion and Order and Judgment dismissing Plaintiff's Complaint with prejudice to the United States Court of Appeals for the Second Circuit; and

**WHEREAS**, Plaintiff and Defendant have agreed to request that the appeal be taken off the expedited calendar and to request a briefing schedule in the United States Court of Appeals for the Second Circuit, under which Plaintiff-Appellant's opening brief will be due on December 8,

2026, Defendant-Appellee's response brief will be due on February 8, 2027, and Plaintiff-Appellant's reply brief will be due on March 1, 2027;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Parties, and subject to Court approval, as follows:

1. Defendant will not enforce the Challenged Reporting Provisions against Plaintiff through and including April 1, 2027.

2. Plaintiff reserves its right to request an extension of the period of non-enforcement, if necessary, during the pendency of the appeal. Defendant reserves her right to oppose any such request.

Dated: September 14, 2026

**CAHILL GORDON & REINDEL LLP**
Counsel for Plaintiff X Corp.

By: /s/ Joel Kurtzberg____
Joel Kurtzberg
Floyd Abrams
Jason Rozbruch
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3120
Facsimile: (212) 269-5420
jkurtzberg@cahill.com

**LETITIA JAMES**
New York State Attorney General

By: /s/ Linda Fang____
Linda Fang
Special Litigation Counsel
Telephone: (212) 416-8580
Linda.Fang@ag.ny.gov

Attestation Pursuant to Electronic Case Filing Rule 8.5

I, Joel Kurtzberg, attest that concurrence in the filing of this document has been obtained from all other signatories.

/s/ Joel Kurtzberg_____

Joel Kurtzberg

Dated: ______________________

**SO ORDERED:**

______________________________
HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE